PENSICK & GORDON, INC., *v.* CALIFORNIA
MOTOR EXPRESS ET AL.

No. 222.   Decided December 3, 1962.

*Carl M. Gould* for petitioner.

*Theodore W. Russell, George L. Catlin* and *Joseph P. Loeb* for respondents.

PER CURIAM.

The petition for writ of certiorari is granted.   The judgment is vacated and the case is remanded to the Court of Appeals for further consideration in light of *Hewitt-Robins Inc.* v. *Eastern Freight-Ways, Inc., ante,* p. 84.

MR. JUSTICE HARLAN, MR. JUSTICE STEWART, and MR. JUSTICE WHITE would affirm the judgment below for the reasons given in the dissenting opinion in *Hewitt-Robins.*

LEE *v.* PEEK ET AL.

No. 426.   Decided December 3, 1962.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.